■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES RESTIVO, Appellant. [891 NYS2d 647]

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). We do not find the officer's account of the events to be implausible, and the evidence establishes that he had a sufficient opportunity to observe the apparent drug transaction. Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.